No. 24-1277

UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| JESUS ZAMBRANO , | Appeal from the United States District Court for the |
| Plaintiff -Appellant | Northern District of Illinois, Eastern Division |
| vs. | No. 1:21-cv-04496 |
| CITY OF JOLIET, et. al. | |
| Defendants-Appellees | Honorable Steven Seeger, District Judge |

**MOTION TO FILE REPLY BRIEF INSTANTER**

The Appellant, JESUS ZAMBRANO, by counsel, Stephen L. Richards, moves to file his reply brief instanter. In support thereof, Jesus Zambrano states as follows:

1. Appellant's reply brief was due September 30, 2024.

2. Appellant's counsel originally intended to file this brief in a timely manner but contracted just before the due date.

3. In addition, appellate has since consulted with attorneys from another firm who have contributed additional authorities and briefing which have been incorporated into the reply brief.

4. This case is currently set for oral argument on December 5, 2024.

5. The late filing of the reply brief will not prejudice appellees who will have adequate time to prepare for oral argument.

WHEREFORE, Jesus Zambrano moves for leave to file this brief instanter.

Respectfully submitted,

>STEPHEN L. RICHARDS
>6191946
>53 West Jackson Suite 756
>Chicago, IL 60604
>773-817-6927
>Sricha5461@aol.com

By: /s/ Stephen L. Richards

# AFFIDAVIT

      The undersigned, being first duly sworn on oath, verifies pursuant to 28 U.S.C. Sec. 1746 that all statements made in the foregoing document are true and correct. I declare, certify, verify and state under penalty of perjury that the foregoing is true and correct. Executed on August 22, 2018.

      /s/ Stephen L. Richards

      _____
      STEPHEN L. RICHARDS

      53 West Jackson Suite 756
      Chicago, IL 60604
      773-817-6927
      Sricha5461@aol.com

      Attorney for Anthony Johnson

# CERTIFICATE OF SERVICE

The undersigned, Stephen L. Richards hereby certifies that the document above **OTION TO FILE REPLY BRIEF INSTANTER** was filed on October 26, 2024 pursuant to the Seventh Circuit's ECF filing system.

By: /s/ Stephen L. Richards
Stephen L. Richards

53 West Jackson Suite 756
Chicago, IL 60604
773-817-6927
Sricha5461@aol.com

Attorney for Jesus Zambrano