# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov



## ORDER

October 29, 2024

*By the Court:*

| | |
|---|---|
| No. 24-1277 | JESUS ZAMBRANO,<br>            Plaintiff - Appellant<br><br>v.<br><br>CITY OF JOLIET and PATRICK SCHUMACHER,<br>            Defendants - Appellees |

| **Originating Case Information:** |
|---|
| District Court No: 1:21-cv-04496 |
| Northern District of Illinois, Eastern Division |
| District Judge Steven C. Seeger |

The following are before the court:

1. **MOTION TO FILE REPLY BRIEF INSTANTER**, filed on October 26, 2024, by counsel for the appellant.

2. **DEFENDANTS' RESPONSE TO PLAINTIFF'S INSTANTER MOTION TO FILE HIS UNTIMELY REPLY BRIEF**, filed on October 28, 2024, by counsel for the appellees.

**IT IS ORDERED** that the motion is **DENIED**.

form name: **c7_Order_BTC**    (form ID: **178**)